IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOEY LEE HENSON                                                                        PLAINTIFF

   v.                              CASE NO. 2:21-CV-2124

JOHN DOE DOCTOR,
PUBLIC DEFENDER RYAN NORRIS,
PROSECUTING ATTORNEY RINDA BAKER,
AND JUDGE CANDICE SETTLE                                                      DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 7) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this September 22, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE